COPY
ORIGINAL FILED

JUL 0 8 2021

1
2  Nathen Barton,

Clark County Superior Court 2 1   2   0   Scott G. Weber, Clerk, Clark Co.
) Case _____

3
4      Plaintiff,                          )
5                                          )
6   vs.                                    )         PLAINTIFF'S
7                                          )   ORGINAL COMPLAINT AND
8   American Protection Plans LLC.         )     INJUNCTIVE RELIEF
9                                          )   AND DEMAND FOR JURY TRIAL
10     Defendant                           )
11

## I.   BASIS FOR JURISDICTION

Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington. All the acts alleged in this complaint occurred in Clark County, Washington State, during the year 2021.

Jurisdiction in this court is correct because of where Plaintiff resides. and his residence is a nexus where Plaintiff suffered personal injury and invasion of privacy at the hands of the Defendant.

## II.   STATEMENT OF CLAIM

On July 9, 2020, Plaintiff registered and paid for a Washington State (360) telephone area code cellular number to be primarily used by his minor child. It is a Protected Computer as it is used in a manner that affects interstate or foreign commerce or communication. The phone was on a very limited service plan, with each call, text, or data usage subtracting from a fixed amount of each available each month.

This (360) XXX XXXX number was registered on the FTC *do-not-call* registry more than 31 days before May 7, 2021, and all the telemarketing phone calls alleged in this complaint were made to this 360-area code number.

Plaintiff's Original Complaint for a Civil Case & Injunctive Relief Page 1 / 6

22   Residential Warranty". She went on to encourage Plaintiff to purchase a home warranty from

21  2  01264  06

1
## Unsolicited Telemarketing Call #4

2   At or about 4:37pm on May 18, 2021, Plaintiff received a phone call, seemingly from 855

3   805 7351, and the caller introduced herself with "Hi, good evening this is Irina with American

4   Residential Warranty".  She went on to encourage Plaintiff to purchase a home warranty from

5   ARW.  At 36 seconds into the call, Plaintiff expressed that he did not want a home warranty.

6   The caller continued the call another 45 seconds.

COPY
ORIGINAL FILED

JUL 0 8 2021

Scott G. Weber, Clerk, Clark Co.

7
## Unsolicited Telemarketing Call #5

8   At or about 11:47pm on May 20, 2021, Plaintiff received a phone call, seemingly from 855

9   416 7574, a number known to be used by ARW.  Plaintiff believes the intent of this call was to

10   encourage Plaintiff to purchase a home warranty from ARW.

11
## Unsolicited Telemarketing Call #5

12   At or about 4:18pm on May 27, 2021, Plaintiff received a phone call, seemingly from 855

13   805 7351, and the caller introduced herself with "Hi, this Brenden calling with American

14   Residential Warranty".  He went on to encourage Plaintiff to purchase a home warranty from

15   ARW.

16
## Commercial Telephone Solicitors

17   RCW 19.158.050(1) mandates that:

18   "In order to maintain or defend a lawsuit or do any business in this state, a commercial

19   telephone solicitor must be registered with the department of licensing."

20   Although RCW 19.158.050(3) says "The department of licensing shall issue a registration

21   number to the commercial telephone solicitor.", in practice this Commercial Telephone Solicitor

22   "registration number" appears as an endorsement on the business license issued by The

23   Washington State Department of Revenue.

21  2  0 1 2 6 4  06

1   APP does not have this endorsement on their business license, and they and their agents act

2   as unlicensed commercial telephone solicitors.

3   ### These calls are annoying

4   These messages are obnoxious and an invasion of privacy. Plaintiff specifically registered

5   the phone number on the FTC do-not-call list to not have the phone ringing with unwanted sales

6   pitches. These five phone calls were initiated by APP to encourage Plaintiff to purchase goods

7   or services.

**COPY**
**ORIGINAL FILED**

JUL 0 8 2021

Scott G. Weber, Clerk, Clark Co.

8   ## III.   RELIEF

9   ### Federal Claims

10  Defendants violated the TCPA 47 U.S.C. 227(c)(5) by soliciting Plaintiff five (5) times

11  without his consent on his cell phone with phone number (360) XXX XXXX while he was

12  registered on the FTC do-not-call list.

13  ### Washington State Claims

14  APP and their agents who spoke to Plaintiff were not registered as Commercial Telephone

15  Solicitors with the Washington State Department of Licensing when any of the solicitation calls

16  were placed to Plaintiff, in violation of RCW 19.158.050(1) each time they called, for a total of

17  five (5) times.

18  Washington State RCW 19.158.110(1) says:

19  Within the first minute of the telephone call, a commercial telephone solicitor or
20  salesperson shall:

21  (a)   Identify himself or herself, the company on whose behalf the solicitation is being
22        made, the property, goods, or services being sold; and

23  (b)   Terminate the telephone call within ten seconds if the purchaser indicates he or
24        she does not wish to continue the conversation.

Plaintiff's Original Complaint for a Civil Case & Injunctive Relief  Page 4 / 6

21  2  0 1 2 6 4  0 6

1   Defendants violated Washington State RCW 19.158.110(1)(b) two (2) times by not

2   terminating the telephone call within ten seconds of Plaintiff indicating he did not wish to

3   continue the conversation.

4   Defendants violated Washington State RCW 19.158.150 five (5) times by soliciting

5   Plaintiff on his cell phone while they were not registered on with the Washington State

6   Department of Licensing as Commercial Telephone Solicitors, or while working on behalf of an

7   unregistered Commercial Telephone Solicitor.

**COPY**
**ORIGINAL FILED**

·JUL 0 8 2021

Scott G. Weber, Clerk, Clark Co.

8                              **Treble Damages**

9   Plaintiff believes the record shows that Defendants' violations of the law were willful or

10  knowing. Therefore, Plaintiff asks for treble damages under TCPA 47 U.S.C. 227(c)(5) and

11  Washington State RCW 19.158.030.

12                              **Injunctive Relief**

13  TCPA 47 U.S.C. 227(c)(5)(A) allows "an action based on a violation of the regulations

14  prescribed under this subsection to enjoin such violation."

15  Plaintiff asks this Court to enjoin the APP from calling phone numbers on the FTC *do-not-*

16  *call* list without consent.

17                              **All Possible Damages**

18  Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive,

19  that he might entitled too. Examples might be, but are not limited to, court costs, attorney fees,

20  pre-judgement interest, and post-judgement interest.

21  I declare under penalty of perjury under the laws of the state of Washington that the

22  foregoing is true and correct.

23

Plaintiff's Original Complaint for a Civil Case & Injunctive Relief  Page 5 / 6

21  2  0 1 2 6 4  0 6

1. Signed at Vancouver, WA on ____7/8/2021____

2.

3. ~~(signature)~~

4. (Nathen Barton)

5.

6. Nathen Barton

7. (718) 710-5784

8. 4618 NW 11th Cir

9. Camas WA 98607

COPY
ORIGINAL FILED

JUL 0 8 2021

Scott G. Weber, Clerk, Clark Co.



FILED

2021 AUG 31 PM 1: 24

SCOTT G. WEBER, CLERK
CLARK COUNTY

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF CLARK, STATE OF WASHINGTON

**NATHEN BARTON**

Plaintiff/Petitioner

vs.

**AMERICAN PROTECTION PLANS LLC**

Defendant/Respondent

Cause No.:   **21 2 01264 06**

Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of August, 2021** at **12:43 PM** at the address of **711 CAPITOL WAY S STE 204, Olympia, Thurston County, WA 98501-1267**; this declarant served the above described documents upon **AMERICAN PROTECTION PLANS LLC c/o NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT, I delivered the documents to NATIONAL REGISTERED AGENTS, INC, REGISTERED AGENT with identity confirmed by physical description. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a brown-haired white male contact 35-45 years of age, 6'0" -6'2" tall and weighing 200-240 lbs with a beard.  Jeff Miner.**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8648422**

Tracking #: **0075167124**



**8**

| PLAINTIFF/PETITIONER:  NATHEN BARTON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  AMERICAN PROTECTION PLANS LLC | 21 2 01264 06 |

Service Fee Total: **$65.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date:  08/24/2021

*Kevin Nakai*

**Kevin Nakai, Reg. # 3465919, Lewis County, WA**



**ORIGINAL PROOF OF SERVICE**

PAGE 2 OF 2

For: **Nathen Barton <farmersbranch2014@gmail.com>**

Ref #: **REF-8648422**

Tracking #: **0075167124**

VAH

21  2  0 1 2 6 4   0 6

**FILED**

JUL 0 8 2021 1:08

Scott G. Weber. Clerk, Clark Co.

## CASE TYPE 2
## CLARK COUNTY SUPERIOR COURT
### CASE INFORMATION COVER SHEET

**Case Number** _____  **Case Title Barton v American Protection Plans LLC**

**Attorney Name** _____  **Bar Membership Number** _____

Please check <u>one</u> category that best describes this case for indexing purposes. Accurate case indexing not only saves time in docketing new cases, but helps in forecasting needed judicial resources. Cause of action definitions are listed on the back of this form. Thank you for your cooperation.   *Form Updated 12/28/2020*

**APPEAL/REVIEW**
___ Administrative Law Review  (ALR 2)
___ Appeal of a Department of Licensing Revocation (DOL 2)
___ Civil, Non-Traffic  (LCA 2)
___ Civil, Traffic  (LCI 2)

**CONTRACT/COMMERCIAL**
___ Breach of Contract  (COM 2)
___ Commercial Contract  (COM 2)
___ Commercial Non-Contract  (COL 2)
___ Contractor Bond Complaint (COM 2)
___ Third Party Collection  (COL 2)

**PROTECTION ORDER**
___ Civil Harassment  (HAR 2)
___ Domestic Violence  (DVP 2)
___ Extreme Risk Protection Order (XRP 2)
___ Foreign Protection Order  (FPO 2)
___ Sexual Assault Protection (SXP 2)
___ Stalking  (STK 2)
___ Vulnerable Adult Protection  (VAP 2)
___ Extreme Risk Protection Order  (XRP 2)
___ Extreme Risk Prot. Order Under 18 (XRU 2)

**JUDGMENT**
___ Abstract Only  (ABJ 2)
___ Foreign Judgment  (FJU 2)
___ Judgment, Another County  (ABJ 2)
___ Judgment, Another State  (FJU 2)
___ Tax Warrant  (TAX 2)
___ Transcript of Judgment  (TRJ 2)

**OTHER COMPLAINT/PETITION**
___ Abusive Litigation (ABL 2)
___ Action to Compel/Confirm Private Binding Arbitration (MSC 2)
___ Ballot Title  (BAT 2)
___ Change of Name  (CHN 2)
___ Petition for Certificate of Restoration of Opportunity  (CRP 2)
___ Deposit of Surplus Funds  (MSC 2)
___ Emancipation of Minor  (EOM 2)
**X** Injunction  (INJ 2)
___ Interpleader  (MSC 2)
___ Malicious Harassment  (MHA 2)
___ Minor Settlement (No guardianship) (MST 2)

Rcvd
$ 240
VAH
#3

___ Petition for Civil Commitment (Sexual Predator)(PCC 2)
___ Property Damage-Gangs (PRG 2)
___ Restoration of Firearms Rights (RFR2)
___ Public Records Act (PRA 2)
___ Relief from Duty to Register (RDR2)
___ School District – Required Action Plan (SDR 2)
___ Seizure of Property from Commission of Crime (SPC 2)
___ Seizure of Property Resulting from a Crime  (SPR 2)
___ Subdivision Election Process Review  (SER 2)
___ Subpoenas  (MSC 2)
___ Voter Election Law Review  (VEP 2)

**PROPERTY RIGHTS**
___ Condemnation  (CON 2)
___ Foreclosure  (FOR 2)
___ Land Use Petition  (LUP 2)
___ Property Fairness  (PFA 2)
___ Quiet Title  (QTI 2)
___ Unlawful Detainer  (UND 2)

**TORT, MEDICAL MALPRACTICE**
___ Hospital  (MED 2)
___ Medical Doctor  (MED 2)
___ Other Health Care Professional  (MED 2)

**TORT, MOTOR VEHICLE**
___ Death  (TMV 2)
___ Non-Death Injuries  (TMV 2)
___ Property Damage Only  (TMV 2)
___ Victims of Motor Vehicle Theft (VVT 2)

**TORT, NON-MOTOR VEHICLE**
___ Asbestos  (PIN 2)
___ Other Malpractice  (MAL 2)
**X** Personal Injury  (PIN 2)
___ Products Liability  (TTO 2)
___ Property Damage  (PRP 2)
___ Wrongful Death  (WDE 2)

**WRIT**
___ Habeas Corpus  (WHC 2)
___ Mandamus  (WRM 2)
___ Restitution  (WRR 2)
___ Review  (WRV 2)
___ Miscellaneous Writs (WMW 2)

**IF YOU CANNOT DETERMINE THE APPROPRIATE CATEGORY, PLEASE DESCRIBE THE CAUSE OF ACTION BELOW.**
<u>State and Federal Telemarketing law violations</u>

*Please Note:  Public information in court files and pleadings may be posted on a public Web site.*

1

PMC

Honorable Derek J. Vanderwood

# FILED

AUG 1 2 2021

Scott G. Weber, Clerk, Clark Co.

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON**
**FOR THE COUNTY OF CLARK**

| | |
|---|---|
| NATHEN BARTON, | Case No. 21 2 01264 06 |
| Plaintiff | SUMMONS (20 DAYS) |
| v. | |
| AMERICAN PROTECTION PLANS LLC | |
| Defendant | |

TO THE DEFENDANT: A lawsuit has been started against you in the above entitled court by Nathen Barton, plaintiff. Plaintiff's claim is stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what she or he asks for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

Clark County Superior Court Summons  Page 1 of 2

6

EXA

1      You may demand that the plaintiff file this lawsuit with the court. If you do so, the demand

2  must be in writing and must be served upon the person signing this summons. Within 14 days

3  after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on

4  you of this summons and complaint will be void.

5      If you wish to seek the advice of an attorney in this matter, you should do so promptly so

6  that your written response, if any, may be served on time.

7      This summons is issued pursuant to rule 4 of the Superior Court Civil Rules of the State of

8  Washington.

9

10

11                                     8/12/2021

12                                       (dated)

13

14

15

16                                     (signed)

17

18                                     Nathen Barton

19                                     (718) 710-5784

20                                     4618 NW 11th Cir

21                                     Camas WA 98607

22

23  **CLARK COUNTY SUPERIOR COURT**

24  https://clark.wa.gov/superior-court

25  (360) 397-2292

26  1200 Franklin Street

27  Vancouver WA 98660

28

Clark County Superior Court Summons  Page 2 of 2



FILED

2021 AUG 27   AM 10: 09

SCOTT G. WEBER, CLERK
CLARK COUNTY

IN THE SUPERIOR COURT, IN AND FOR THE COUNTY OF CLARK, STATE OF WASHINGTON

**NATHEN BARTON**
Plaintiff/Petitioner

vs.

**AMERICAN PROTECTION PLANS LLC**
Defendant/Respondent

Cause No.:     **21 2 01264 06**
Hearing Date:

DECLARATION OF SERVICE OF
**SUMMONS; COMPLAINT**

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **24th day of August, 2021** at **12:43 PM** at the address of **711 CAPITOL WAY S STE 204, Olympia, Thurston County, WA 98501-1267**; this declarant served the above described documents upon **AMERICAN PROTECTION PLANS LLC c/o NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **NATIONAL REGISTERED AGENTS, INC., REGISTERED AGENT, I delivered the documents to NATIONAL REGISTERED AGENTS, INC, REGISTERED AGENT with identity confirmed by physical description. The individual accepted service in accordance with social distancing requirements (placed the documents in a clearly visible place at least six feet away from the subject and advised the subject to retrieve them after stepping away). The individual appeared to be a brown-haired white male contact 35-45 years of age, 6'0" -6'2" tall and weighing 200-240 lbs with a beard.  Jeff Miner.**
No information was provided or discovered that indicates that the subjects served are members of the United States military.

**ORIGINAL PROOF OF SERVICE**
PAGE 1 OF 2

Tracking #: **0075167124**



For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8648422**

**7**

JSS

| PLAINTIFF/PETITIONER:  NATHEN BARTON | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:   AMERICAN PROTECTION PLANS LLC | 21 2 01264 06 |

Service Fee Total: **$65.00**

Declarant hereby states under penalty of perjury under the laws of the State of Washington that the statement above is true and correct.

Date:   08/24/2021

*Kevin Nakai*

**Kevin Nakai, Reg. # 3465919, Lewis County, WA**

**ORIGINAL PROOF OF SERVICE**
PAGE 2 OF 2

For: **Nathen Barton <farmersbranch2014@gmail.com>**
Ref #: **REF-8648422**

Tracking #: **0075167124**