COPY
ORIGINAL FILED
JUL 0 8 2021
Scott G. Weber, Clerk, Clark Co.

Clark County Superior Court

Nathen Barton,

    Plaintiff,

vs.

American Protection Plans LLC

    Defendant

Case 21 2 0 ____

**PLAINTIFF'S ORGINAL COMPLAINT AND INJUNCTIVE RELIEF AND DEMAND FOR JURY TRIAL**

## I. BASIS FOR JURISDICTION

Plaintiff Nathen Barton is a natural person and resident of Clark County, Washington. All the acts alleged in this complaint occurred in Clark County, Washington State, during the year 2021.

Jurisdiction in this court is correct because of where Plaintiff resides. and his residence is a nexus where Plaintiff suffered personal injury and invasion of privacy at the hands of the Defendant.

## II. STATEMENT OF CLAIM

On July 9, 2020, Plaintiff registered and paid for a Washington State (360) telephone area code cellular number to be primarily used by his minor child. It is a Protected Computer as it is used in a manner that affects interstate or foreign commerce or communication. The phone was on a very limited service plan, with each call, text, or data usage subtracting from a fixed amount of each available each month.

This (360) XXX XXXX number was registered on the FTC *do-not-call* registry more than 31 days before May 7, 2021, and all the telemarketing phone calls alleged in this complaint were made to this 360-area code number.

---

22    Residential Warranty". She went on to encourage Plaintiff to purchase a home warranty from

### Unsolicited Telemarketing Call #4

At or about 4:37pm on May 18, 2021, Plaintiff received a phone call, seemingly from 855 805 7351, and the caller introduced herself with "Hi, good evening this is Irina with American Residential Warranty". She went on to encourage Plaintiff to purchase a home warranty from ARW. At 36 seconds into the call, Plaintiff expressed that he did not want a home warranty. The caller continued the call another 45 seconds.

### Unsolicited Telemarketing Call #5

At or about 11:47pm on May 20, 2021, Plaintiff received a phone call, seemingly from 855 416 7574, a number known to be used by ARW. Plaintiff believes the intent of this call was to encourage Plaintiff to purchase a home warranty from ARW.

### Unsolicited Telemarketing Call #5

At or about 4:18pm on May 27, 2021, Plaintiff received a phone call, seemingly from 855 805 7351, and the caller introduced herself with "Hi, this Brenden calling with American Residential Warranty". He went on to encourage Plaintiff to purchase a home warranty from ARW.

### Commercial Telephone Solicitors

RCW 19.158.050(1) mandates that:

"In order to maintain or defend a lawsuit or do any business in this state, a commercial telephone solicitor must be registered with the department of licensing."

Although RCW 19.158.050(3) says "The department of licensing shall issue a registration number to the commercial telephone solicitor.", in practice this Commercial Telephone Solicitor "registration number" appears as an endorsement on the business license issued by The Washington State Department of Revenue.

APP does not have this endorsement on their business license; and they and their agents act as unlicensed commercial telephone solicitors.

### These calls are annoying

These messages are obnoxious and an invasion of privacy. Plaintiff specifically registered the phone number on the FTC do-not-call list to not have the phone ringing with unwanted sales pitches. These five phone calls were initiated by APP to encourage Plaintiff to purchase goods or services.

## III. RELIEF

### Federal Claims

Defendants violated the TCPA 47 U.S.C. 227(c)(5) by soliciting Plaintiff five (5) times without his consent on his cell phone with phone number (360) XXX-XXXX while he was registered on the FTC do-not-call list.

### Washington State Claims

APP and their agents who spoke to Plaintiff were not registered as Commercial Telephone Solicitors with the Washington State Department of Licensing when any of the solicitation calls were placed to Plaintiff, in violation of RCW 19.158.050(1) each time they called, for a total of five (5) times.

Washington State RCW 19.158.110(1) says:

Within the first minute of the telephone call, a commercial telephone solicitor or salesperson shall:

(a) Identify himself or herself, the company on whose behalf the solicitation is being made, the property, goods, or services being sold; and

(b) Terminate the telephone call within ten seconds if the purchaser indicates he or she does not wish to continue the conversation.

COPY
ORIGINAL FILED
JUL 0 8 2021
Scott G. Weber, Clerk, Clark Co.

21 2 01264 06

1  Defendants violated Washington State RCW 19.158.110(1)(b) two (2) times by not
2  terminating the telephone call within ten seconds of Plaintiff indicating he did not wish to
3  continue the conversation.

4  Defendants violated Washington State RCW 19.158.150 five (5) times by soliciting
5  Plaintiff on his cell phone while they were not registered on with the Washington State
6  Department of Licensing as Commercial Telephone Solicitors, or while working on behalf of an
7  unregistered Commercial Telephone Solicitor.

COPY
ORIGINAL FILED
JUL 0 8 2021
Scott G. Weber, Clerk, Clark Co.

### Treble Damages

9  Plaintiff believes the record shows that Defendants' violations of the law were willful or
10  knowing. Therefore, Plaintiff asks for treble damages under TCPA 47 U.S.C. 227(c)(5) and
11  Washington State RCW 19.158.030.

### Injunctive Relief

13  TCPA 47 U.S.C. 227(c)(5)(A) allows "an action based on a violation of the regulations
14  prescribed under this subsection to enjoin such violation."

15  Plaintiff asks this Court to enjoin the APP from calling phone numbers on the FTC *do-not-*
16  *call* list without consent.

### All Possible Damages

18  Plaintiff prays for all possible damages, in law and in equity, statutory, real, and punitive,
19  that he might entitled too. Examples might be, but are not limited to, court costs, attorney fees,
20  pre-judgement interest, and post-judgement interest.

21  I declare under penalty of perjury under the laws of the state of Washington that the
22  foregoing is true and correct.

23

Plaintiff's Original Complaint for a Civil Case & Injunctive Relief Page 5 / 6

21 2 01264 06

1. Signed at Vancouver, WA on 7/8/2021.
2.
3. _____
4.          (Nathen Barton)
5.
6. Nathen Barton
7. (718) 710-5784
8. 4618 NW 11th Cir
9. Camas WA 98607

COPY
ORIGINAL FILED

JUL 0 8 2021

Scott G. Weber, Clerk, Clark Co.

Plaintiff's Original Complaint for a Civil Case & Injunctive Relief   Page 6 / 6