HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATHEN BARTON,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN PROTECTION PLANS, LLC,<br><br>    Defendant. | Case No. 3:21-CV05669-MJP<br><br>STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT |

This case was removed to this Court on September 14, 2021. There are no pending deadlines or motions. Plaintiff Nathen Barton ("Plaintiff") and Defendant American Protection Plans, LLC, ("Defendant") hereby stipulate and request that Defendant's deadline to answer or otherwise respond to the Complaint be extended to October 29, 2021, so that the parties can engage in settlement discussions.

Dated this __16th__ day of September 2021.        Respectfully submitted,

FOCAL PLLC

By: _s/ Venkat Balasubramani_
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 201
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

STIPULATION AND ORDER EXTENDING TIME TO ANSWER COMPLAINT
3:21-CV05669-MJP – 1

focal PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

By: *s/Nathen Barton*
Nathen Barton
4618 NW 11th Cir
Camas, WA 98607
Tel: (718) 710-5784
Email: farmersbranch2014@gmail.com

STIPULATION AND ORDER EXTENDING TIME TO ANSWER
COMPLAINT
3:21-CV05669-MJP – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**ORDER**

The deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is extended to October 29, 2021.

IT IS SO ORDERED.

Dated: September 21, 2021

*Marsha J. Pechman* (signature)
Marsha J. Pechman
United States District Judge

STIPULATION AND ORDER EXTENDING TIME TO ANSWER
COMPLAINT
3:21-CV05669-MJP – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966