Honorable BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NATHEN BARTON,<br><br>Plaintiff<br><br>v.<br><br>AMERICAN PROTECTION PLANS LLC<br><br>Defendant. | NO. 3:21-cv-05669-BHS<br><br>NOTICE OF DISMISSAL<br>WITH PREJUDICE: |

**NOTICE OF DISMISSAL**

Defendant AMERICAN PROTECTION PLANS LLC. and Plaintiff Nathen Barton fully and amicably resolved without any admission of fault.  Under FRCP 41(a)(1)(A) Plaintiff files this notice of dismissal of the above captioned case with prejudice.

_____s/ Nathen Barton_____          _____10/16/2021_____
       Nathen Barton                              (Dated)

Nathen Barton
(718) 710 5784
4618 NW 11th Cir
Camas WA 98607
FarmersBranch2014@gmail.com

NOTICE OF DISMISSAL  - 1 / 2
CAUSE NO. 3:21-CV-05669-BHS

NATHEN BARTON
4618 NW 11TH CIR
CAMAS WA 98607

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the Electronic Filing (CM/ECF) system, which will send notification of such filing to all counsel of record and all pro se parties registered to use the CM/ECF system.

_____s/ Nathen Barton_____          _____10/16/2021_____
        Nathen Barton                          (Dated)